AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

**United States of America**

**v.**

**JAMES GERALD ECKERT, JR.,**

*Defendant*

Case No. 26-MJ-4087

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about June 18, 2026, in the Western District of New York, the defendant, JAMES GERALD ECKERT, JR., committed a violation of Title 18, United States Code, Section 879(a)(2) (threats to kill, kidnap, or inflict bodily harm upon a member of the immediate family of the President).

This Criminal Complaint is based on these facts:

See attached affidavit.

☒   Continued on the attached sheet.

amibaker
Digitally signed by amibaker
Date: 2026.07.10 15:19:09 -04'00'

Andrew M. Baker, Special Agent
United States Secret Service

Affidavit and Criminal Complaint submitted electronically by email in .pdf format.  Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:

Date: July   10  , 2026

City and State:   Rochester, New York

HONORABLE ELIZABETH A. WOLFORD
CHIEF UNITED STATES DISTRICT JUDGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew M. Baker, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am employed as a Special Agent with the U.S. Secret Service (USSS) and have been employed in that capacity since 2015.  The USSS is an agency within the Department of Homeland Security (DHS), which is a department within the executive branch of the United States Government. I am currently assigned to USSS in Rochester, New York. Prior to my present assignment, I was employed as a USSS Uniformed Division Officer for seven years.

2.      As a Special Agent, I am a federal law enforcement officer within the meaning of Rule 41(a) of the Federal Rules of Criminal Procedure, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses in violation of the United States Code.  I have received extensive formal training in criminal investigations and the examination of evidence, to include the investigation of crimes involving threats to the President, the Vice President, their families, and others under the protection of the Secret Service.

3.      As a Federal Agent, I am empowered under the authority of Title 18, United States Code, Section 3056, to investigate violations of federal criminal laws including such offenses related to protective intelligence and threats made against the President, the Vice

President of the United States, successors to the Presidency and the immediate family members of those individuals.

4.     I submit this affidavit in support of a criminal complaint charging James Gerald ECKERT, Jr. with a violation of Title 18, United States Code, Section 879(a)(2) (threats to kill, kidnap, or inflict bodily harm upon a member of the immediate family of the President).

5.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

6.     Donald Trump Jr. hosts a podcast titled: "Triggered with Donald Trump Jr." on Rumble.  Rumble is an online video platform and cloud services company, popular as an alternative to YouTube, for independent content creators.  Rumble allows users to host, distribute, and monetize videos, offering tools for livestreaming, content production and advertising.  On or about June 18, 2026, Episode 351 of "Triggered with Donald Trump Jr." aired at the following URL: https://rumble.com/v7bhnee-separating-signal-from-the-noise-iran-mou-signed-live-coverage-triggered-ep.html?e9s=src_v1_ucp_a.  The podcast allows Rumble users to watch the podcast live and communicate with each other in a group chat feed that is visible to the host (Trump Jr.).

7.     On June 18, 2026, while on duty at Trump Jr.'s residence, a member of USSS, SA Mark Varney, was approached by the producer of Trump Jr.'s podcast.  This individual informed SA Varney that an account with the username JamesGeraldEckertJr/@JamesGeraldEckertJr had joined the podcast group chat feed and made several threats against Trump Jr., including the following statement which was posted in the group chat feed: "im going to kill you, fucker, I am going to kill this fucker on the screen".[1]

8.     While viewing the podcast and communicating in the group chat feed, JamesGeraldEckertJr/@JamesGeraldEckertJr was also streaming himself on Rumble. ECKERT, Jr., is visible on the screen during the stream.  Your Affiant has made face-to-face contact with ECKERT, Jr. on July 8, 2026, while ECKERT Jr. was in the custody of the Rochester Police Department (RPD) and is familiar with his physical appearance. Additionally, Your Affiant has personally reviewed approximately seven hours of streaming/posts from the JamesGeraldEckertJr/@JamesGeraldEckertJr Rumble account. All videos posted/streamed from that account appear to depict the streamer/poster as ECKERT, Jr.  A screen capture of the JamesGeraldEckertJr/@JamesGeraldEckertJr stream on June 18, 2026, is depicted below, showing the Trump Jr. podcast, being viewed by ECKERT, Jr., along with the associated group chat feed on the right of the screen, with ECKERT, Jr.'s camera stream visible in the lower left-hand corner of the image:

---

[1] The quotes listed in this affidavit are verbatim and include any grammatical/punctuation errors in the original.



https://rumble.com/v7bhsqy-world-of-warcraft-classic-hardcore.html?e9s=src_v1_upp_a



9.      ECKERT Jr. repeats, both verbally, as well as by typing into the live chat, various sentiments of a similar nature regarding Trump Jr. as well as the CEO of Rumble for most of the duration of the approximately eight-minute video, including, "your fucking dead, its over guys. Fuck you your fucking dead, I'm going to kill Trump Jr."; "I 'm going to kill you"; "I am going to kill this fucker on the screen" after clicking on Trump Jr.'s podcast livestream; "Kill me.    I'm still coming back and killing Trump Junior and the goddamn CEO"; and "I'm going to go to YouTube and be calm and I'm still going to fucking kill Trump Junior.    We're going to get to World Peace.    Goddamn die guy.    Try to get out of this surviving.   Fuck you forever.  Fuck you forever".  Approximately halfway through the video, the user states, "I am in control of myself, I don't need to sound this way".

10.    Your Affiant has reviewed other Rumble video streams posted by JamesGeraldEckertJr/@JamesGeraldEckertJr on or about June 18, 2026, and on other dates, all streams have a similar background, depict ECKERT, Jr. at a similar angle, and appear to have been taken in the same room. Your Affiant has been advised by RPD Investigators that ECKERT, Jr. is currently residing at 200 Stonecliff Drive, Rochester, NY. The 200 Stonecliff Drive address is also a documented address for ECKERT in open-source records and confirmed through licensed database checks by law enforcement throughout the course of this investigation. Your Affiant believes 200 Stonecliff Drive, Rochester, NY, is the location from which ECKERT, Jr. communicated the June 18, 2026, threats regarding Trump Jr.

11.    Prior to the threats made to Trump Jr., on June 7, 2026, ECKERT, Jr. posted a message on a Facebook account bearing the display name "James Gerald Eckert Jr." stating: "Mayor Malik Evans, I am coming for your family. Seriously, you will lose them to me personally. Stand by. This will not go away until you are dead or [REDACTED][2] is behind bars. Deal with this." A screen capture of the post is depicted below:

---

[2]  The redacted name is someone believed to be personally connected to ECKERT, Jr.



12.    On June 11, 2026, the same Facebook Account made a threatening post on New York State Senator Samra Brook's official Facebook page. The comment stated: "You are going to die. Black bitch." The comment is depicted below:



13.     An open-source review of the Facebook account bearing the display name "James Gerald Eckert Jr." shows that the account has posted multiple photographs of ECKERT, Jr. and depicts ECKERT, Jr. in the "profile picture".

**CONCLUSION**

14.     Based on the above information, I submit there is probable cause to believe that on or about June 18, 2026, in the Western District of New York, James Gerald ECKERT, Jr. violated Title 18, United States Code, Section 879(a)(2) (threats to kill, kidnap, or inflict bodily harm upon a member of the immediate family of the President).

amibaker    Digitally signed by amibaker
Date: 2026.07.10 15:19:43 -04'00'

_____
ANDREW M. BAKER
Special Agent, U.S. Secret Service

Affidavit and Criminal Complaint submitted electronically by email in .pdf format.  Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:

_____
HONORABLE ELIZABETH A. WOLFORD
Chief United States District Judge