AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

**United States of America**

**v.**

**JAMES GERALD ECKERT, JR.,**                              **Case No. 26-MJ-4087**

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **JAMES GERALD ECKERT. JR.**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

On or about June 18, 2026, in the Western District of New York, the defendant, JAMES GERALD ECKERT, JR., committed a violation of Title 18, United States Code, Section 879(a)(2) (threats to kill, kidnap, or inflict bodily harm upon a member of the immediate family of the President).

Date:  July  10 , 2026

_____
*Issuing officer's signature*

City and State:   Rochester, New York

HON. ELIZABETH A. WOLFORD
CHIEF U.S. DISTRICT JUDGE
*Printed name and Title*

| **Return** |
|---|
| This warrant was received on *(date)* 7/10/2026 and the person was arrested on *(date)* 7/10/2026, at *(city and state)* Rochester, NY. <br><br> Date: 7/16/2026 <br><br> _____ <br> *Arresting officer's signature* <br><br> SA Andrew Mancini <br> *Printed name and title* |